IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADEMUS AKADEAMEUER SAECHAO,

    Petitioner,

    v.

CHERYL EPLETT, Warden,
Oakhill Correctional Institution

    Respondent.

Case No. 17-cv-370-slc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Cheryl Eplett denying petitioner Ademus Akadeameuer Saechao's petition for a writ of habeas corpus and dismissing this case.

| /s/ | 2/25/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |