UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ADEMUS AKADEAMEUER SAECHAO,

  *Petitioner*,

vs.             Case No. 17-cv-370-slc

CHERYL EPLETT,[1]

  *Respondent*.

## NOTICE OF APPEAL

Ademus Akadeameuer Saechao, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) and 4(a) that he appeals the order and judgment denying his petition for a writ of habeas corpus entered on February 25, 2020, in the United States District Court for the Western District of Wisconsin, the Honorable Stephen L. Crocker, Magistrate Judge, presiding. Mr. Saechao takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Mr. Saechao also files the docketing statement required by Circ. R. 3 (7th Cir.) and a Circ. R. 26.1 (7th Cir.) disclosure statement. Mr. Saechao seeks to proceed *in forma pauperis* on appeal, as counsel in the United States District Court was appointed under the Criminal Justice Act of 1964; he was appointed State Public Defender counsel in his underlying state criminal case; and

---

[1] Mr. Saechao has been transferred to Oakhill Correctional Institution. Ms. Eplett is the warden at Oakhill Correctional.

his financial circumstances have not improved since going to prison on that case.

Fed. R. App. P. 24(a)(3).

Dated at Madison, Wisconsin this 28th day of February, 2020.

Respectfully submitted,
Ademus Saechao, Petitioner

*/s/ Shelley M. Fite*
Shelley M. Fite

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901