IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ADEMUS AKADEAMEUER SAECHAO,

    Petitioner,

v.

CHERYL EPLETT,

    Respondent.

ORDER

17-cv-370-slc
App. No. 20-1356

On February 25, 2020, the court dismissed the habeas petition filed by petitioner Ademus Akadeameuer Saechao pursuant to 28 U.S.C. § 2254. Petitioner has now filed a notice of appeal from that order and requests leave to proceed *in forma pauperis*. (Dkt # 29). The court cannot consider this request, however, because it lacks supporting documentation regarding petitioner's eligibility for indigent status. *See* 28 U.S.C. § 1915(a)(2). For this appeal to proceed, petitioner must either pay the $505 appellate docketing fee by March 20, 2020, or submit a certified inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal.

ORDER

IT IS ORDERED that not later than March 20, 2020, petitioner Ademus Akadeameuer Saechao shall pay the $505 appellate docketing fee or submit a certified copy of an inmate trust fund account statement for the period beginning approximately August 28, 2019 through at least February 28, 2020. If petitioner fails to pay the $505 appellate docketing fee, comply as directed, or show cause for failure to do so, then this appeal may be dismissed without further notice.

1

Entered this 28th day of February, 2020.

      BY THE COURT:


      /s/
      PETER OPPENEER
      Magistrate Judge