IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
---

ADEMUS AKADEAMEUER SAECHAO,

      Petitioner,          ORDER

  v.                  17-cv-370-slc

CHERYL EPLETT, Warden,
Oakhill Correctional Institution,

      Respondent.
---

  Judgment was entered on February 25, 2020, after this court denied petitioner Ademus Akademeuer Saechao's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Saecho has filed a notice of appeal and requests leave to proceed *in forma pauperis*. (Dkt. #29). Saechao has submitted a copy of his trust fund account statement in support of his request. (Dkt. #33.)

  After reviewing Saecho's trust fund account statement, the court is satisfied that Saecho qualifies for indigent status from a financial standpoint. Additionally, the court declines to certify that the appeal is not taken in good faith, and finds no other reason to preclude Saecho from proceeding in forma pauperis on appeal. Fed. R. App. P. 24(a)(3). Accordingly, Saecho's request for leave to proceed *in forma pauperis* is granted.

ORDER

IT IS ORDERED THAT petitioner Ademus Akademeuer Saechao's request for leave to proceed *in forma pauperis* is GRANTED.

Entered this 26th day of March, 2020.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge